***EFILED***
Case Number 2026LA001159
Date: 8/12/2026 1:31 PM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| DAVID LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HESTER, and<br>DAYTON FREIGHT LINES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2026LA001159 |

## ENTRY OF APPEARANCE

COMES NOW, Michael P. Glisson and Timothy J. Chartrand, of the law offices of WILLIAMSON, WEBSTER, FALB & GLISSON, and hereby enters their appearance on behalf of the Plaintiff, and requests that all future filings and notices be forwarded to the address below. Attorney Michael P. Glisson will act as lead counsel in the above-entitled cause of action.

BY:________________________

MICHAEL P. GLISSON, #6237172
TIMOTHY J. CHARTRAND, #6318282
Williamson, Webster, Falb & Glisson
111 E. Fourth Street, Suite 400
Alton, Illinois 62002
(618) 462-1077
(618) 462-1080 Fax
mike@glissonlaw.com
tim@glissonlaw.com

*Attorneys for Plaintiff*



EXHIBIT 1

***EFILED***
Case Number 2026LA001159
Date: 8/12/2026 1:31 PM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| DAVID LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HESTER, and<br>DAYTON FREIGHT LINES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2026LA001159 |

## COMPLAINT

NOW COMES, Plaintiff, DAVID LAWSON, by and through his attorneys of record, Williamson, Webster, Falb & Glisson, and for his Complaint against the above named Defendants, states the following:

## FACTS COMMON TO ALL COUNTS

1. At all times material hereto, Plaintiff David Lawson (hereafter "Plaintiff") was and is a resident and citizen of the State of Illinois.
2. At all times material hereto, Defendant Dayton Freight Lines, Inc. (hereafter "Defendant Dayton") was and is a for profit company that does business throughout the State of Illinois, including but not limited within the County of Madison, State of Illinois, and, thus, was and is a resident and citizen of the State of Illinois.
3. On March 11, 2026, Plaintiff owned, operated and controlled a certain motor vehicle, namely a 2014 Volvo XC90.
4. On said date, Plaintiff was driving said vehicle westbound on Interstate 270, County of Madison, State of Illinois.



EXHIBIT 1

5. At said time and place, Defendant Christopher Hester (hereafter "Defendant Hester") operated, occupied, managed, and maintained a certain motor vehicle, namely a 2020 International tractor trailer combination, which was owned, maintained, managed, and/or controlled by Defendant Dayton.

6. At said time and place, Defendant Hester was driving said vehicle westbound on Interstate 270, County of Madison, State of Illinois.

## COUNT I

**This Count I is brought by Plaintiff David Lawson against Defendant Christopher Hester.**

1-6. Plaintiff hereby realleges, incorporates and fully adopts paragraphs 1-6 above as and for paragraphs 1-6 of this Count I.

7. Prior to and at said time and place, Defendant Hester owed Plaintiff a duty of ordinary, reasonable care in the operation of his vehicle while driving on the public roads of the State of Illinois.

8. Notwithstanding said duty, Defendant Hester committed one or more of the following negligent and careless acts and/or omissions, thereby breaching said duty of care:

A) Failed to keep a proper lookout;

B) Drove at a speed that was unreasonable for weather and traffic conditions;

C) Drove at a speed that was unreasonable for weather and traffic conditions, in violation of 625 ILCS 5/11-601(a);

D) Failed to maintain his lane of travel;

E) Failed to warn Plaintiff of an impending collision;

F) Failed to properly warn Plaintiff of an impending collision;

G) Failed to slow down;

H) Failed to drive in accordance with commercial vehicle industry standards;

I) Failed to drive in accordance with the Federal Motor Carrier Safety Regulations and the CDL Handbooks;

J) Failed to drive in accordance with the training, policies, procedures, rules, and/or handbooks set forth by Defendant Dayton; and/or

K) Otherwise, failed to make a proper maneuver to avoid an impending collision.

9. As a direct and proximate cause of one or more of the foregoing negligent acts and/or omissions committed by Defendant Hester, Defendant Hester caused the aforementioned vehicle he was driving to come into the lane occupied by Plaintiff, whereupon Plaintiff made an evasive maneuver which led to him striking a concrete barrier on westbound Interstate 270, Madison County, Illinois.

10. As a direct and proximate cause of one or more of the foregoing negligent acts and/or omissions committed by Defendant Hester, Plaintiff sustained various bodily injuries including but not limited to his back, elbow, knee, wrist, neck, shoulder and sustains headaches; he suffered and continues to suffer pain and suffering, mental anguish, and loss of normal life; and he incurred reasonable and necessary medical expenses in an effort to cure himself of one or more of the foregoing injuries.

**WHEREFORE**, Plaintiff DAVID LAWSON prays for judgment against Defendant CHRISTOPHER HESTER for an equitable sum more than Fifty Thousand Dollars ($50,000.00) together with the costs of this action, pre judgment interest, post judgment interest, and any and all other equitable relief this Honorable Court deems just and proper.

## COUNT II

**This Count II is brought by Plaintiff David Lawson against Defendant Dayton Freight Lines, Inc.**

1-10. Plaintiff hereby realleges, incorporates and fully adopts paragraphs 1-10 of Count I as and for paragraphs 1-10 of this Count II.

11. At all times material hereto, Defendant Hester was an employee, agent, and/or servant of Defendant Dayton.

12. At all times material hereto and at the time and place of the aforementioned motor vehicle collision between Defendant Hester and Plaintiff, Defendant Hester was performing his job duties and responsibilities for Defendant Dayton, was acting with the scope of his agency and/or employment relationship with Defendant Dayton, and was acting in furtherance of the business interest of Defendant Dayton.

17. At all times material hereto and at the time and place of the aforementioned motor vehicle collision between Defendant Hester and Plaintiff, Defendant Dayton was and is vicariously liable for the aforementioned negligent acts and/or omissions of Defendant Hester.

**WHEREFORE**, Plaintiff DAVID LAWSON prays for judgment against Defendant DAYTON FREIGHT LINES, INC. for an equitable sum more than Fifty Thousand Dollars ($50,000.00) together with the costs of this action, pre judgment interest, post judgment interest, and any and all other equitable relief this Honorable Court deems just and proper.

BY:______________________________

MICHAEL P. GLISSON, #6237172
TIMOTHY J. CHARTRAND #6318282
Williamson, Webster, Falb & Glisson
111 E. 4th Street, Suite 400
Alton, Illinois 62002
(618) 462-1077
(618) 462-1080 Fax
mike@glissonlaw.com
tim@glissonlaw.com

***Attorneys for Plaintiff***

***EFILED***
Case Number 2026LA001159
Date: 8/12/2026 1:31 PM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| DAVID LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| CHRISTOPHER HESTER, and DAYTON FREIGHT LINES, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT REGARDING DAMAGES SOUGHT

I, MICHAEL P. GLISSON, attorney for Plaintiff, hereby states under oath the following:

1. That the total of money damages sought in this case does exceed Fifty Thousand Dollars ($50,000.00).

2. That this Affidavit is pursuant to Supreme Court Rule 222(b).

BY:____________________________

MICHAEL P. GLISSON, #6237172
TIMOTHY J. CHARTRAND, #6318282
Williamson, Webster, Falb & Glisson
111 E. Fourth Street, Suite 400
Alton, Illinois 62002
(618) 462-1077
(618) 462-1080 Fax
mike@glissonlaw.com
tim@glissonlaw.com

*Attorneys for Plaintiff*



EXHIBIT 1

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY**

DAVID LAWSON,

DATE: 8/13/2026

PLAINTIFF,

VS.

CASE No.: 2026LA001159

CHRISTOPHER HESTER and
DAYTON FREIGHT LINES, INC.

DEFENDANTS.

**SUMMONS**

TO DEFENDANT: Christopher Hester

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgement or decree by default may be taken against you for the relief prayed in the Complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: PATRICK MCRAE the Clerk of said Circuit Court and the seal thereof, at Madison County, Illinois, this _______ day of 8/13/2026, 2026.




PATRICK MCRAE
CLERK OF THE CIRCUIT COURT

BY: /s/ Susan Stoicheff
Deputy Clerk

===========================================================================

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

WILLIAMSON, WEBSTER, FALB & GLISSON
111 East Fourth Street, Suite 400
Alton, Illinois 62002

Date of Service: ______________________, 2026.
(To be inserted by officer on the copy left with the defendant or other person)

Case No. 2026LA001159

STATE OF ILLINOIS )
MADISON COUNTY ) ss.

I, ______________________________, Sheriff of said county, have duty served the within summons on the Defendant ______________________________ by leaving a copy thereof with said Defendant personally, on the ________ day of ______________________, 2026.

==========================================================================

I have duly served the said summons on the Defendant, ______________________________ on the ________ day of ______________________, 2026, by leaving a copy of said summons on said date at his/her usual place of abode with ________________________________________, a person of the family of said ________________________________________ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents sealed envelope, with postage fully prepaid, addressed to said Defendant ________________________________________, at his/her usual place of abode, as stated hereinabove in my return.

Dated this ________ day of ________________________, 2026.

__________________________________
Sheriff

==========================================================================

Sheriff's Fees

Service ....................................$______________

Making Copies........................$______________

________ Miles Traveled..........$______________

Cost of mailing copies.............$______________

Return.....................................$______________

================================

Total........................................$______________

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY**

DAVID LAWSON, DATE: 8/13/2026

PLAINTIFF,

VS. CASE No.: 2026LA001159

CHRISTOPHER HESTER and
DAYTON FREIGHT LINES, INC.

DEFENDANTS.

**SUMMONS**

TO DEFENDANT: Dayton Freight Lines, Inc.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgement or decree by default may be taken against you for the relief prayed in the Complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: PATRICK MCRAE the Clerk of said Circuit Court and the seal thereof, at Madison County, Illinois, this _______ day of 8/13/2026, 2026.

CIRCUIT COURT MADISON COUNTY, ILLINOIS

PATRICK MCRAE
CLERK OF THE CIRCUIT COURT

/s/ Susan Stoicheff
BY:______________________________
Deputy Clerk

---

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

WILLIAMSON, WEBSTER, FALB & GLISSON
111 East Fourth Street, Suite 400
Alton, Illinois 62002

Date of Service: ______________________, 2026.
(To be inserted by officer on the copy left with the defendant or other person)

Case No. 2026LA001159

STATE OF ILLINOIS )
MADISON COUNTY ) ss.

I, ____________________________, Sheriff of said county, have duty served the within summons on the Defendant ____________________________ by leaving a copy thereof with said Defendant personally, on the ________ day of ______________________, 2026.

================================================================================

I have duly served the said summons on the Defendant, ______________________________ on the ________ day of ______________________, 2026, by leaving a copy of said summons on said date at his/her usual place of abode with ________________________________________, a person of the family of said ______________________________________ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents sealed envelope, with postage fully prepaid, addressed to said Defendant ________________________________________, at his/her usual place of abode, as stated hereinabove in my return.

Dated this ________ day of ________________________, 2026.

__________________________________
Sheriff

================================================================================

Sheriff's Fees

Service ...................................$______________

Making Copies........................$______________

_______ Miles Traveled..........$______________

Cost of mailing copies.............$______________

Return.....................................$______________

==================================

Total.......................................$______________

6

August 14, 2026

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2026 LA 001159

DAVID LAWSON

Plaintiff(s)

VS.

CHRISTOPHER HESTER

Defendant(s)

FILED
AUG 14 2026
CLERK OF CIRCUIT COURT #18
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable DENNIS RUTH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: August 14, 2026

s/Christopher Threlkeld
Chief Judge

EXHIBIT 1

***EFILED***
Case Number 2026LA001159
Date: 8/26/2026 1:47 PM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# OFFICE *of the* SECRETARY *of* STATE

Alexi Giannoulias • Secretary of State

Michael P. Glisson
111 E. 4th Street, Suite 400
Alton, IL 62002

August 20, 2026

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**David Lawson v. Christopher Hester, et al, #26LA001159, Fee $5.00**

Service has been accepted on 8/20/2026 in compliance with the provisions of 625 ILCS 5/10-301.All inquiries should be made to (312) 814-3154.

Sincerely,

Alexi Giannoulias
Secretary of State

AG:ae
Enclosure

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY**

ALEXI GIANNOULIAS
SECRETARY OF STATE

DAVID LAWSON, DATE: 8/13/2026

AUG 20 2026

PLAINTIFF,

AMT $5.00

VS. CASE No.: 2026LA001159

CHRISTOPHER HESTER and
DAYTON FREIGHT LINES, INC.

DEFENDANTS.

**SUMMONS**

TO DEFENDANT: Christopher Hester 15103 Reeds St., Overland Park, Kansas 66223

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgement or decree by default may be taken against you for the relief prayed in the Complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: PATRICK MCRAE the Clerk of said Circuit Court and the seal thereof, at Madison County, Illinois, this ________ day of 8/13/2026 ________, 2026.

CIRCUIT COURT MADISON COUNTY, ILLINOIS

PATRICK MCRAE
CLERK OF THE CIRCUIT COURT

BY: /s/ Susan Stoicheff
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

WILLIAMSON, WEBSTER, FALB & GLISSON
111 East Fourth Street, Suite 400
Alton, Illinois 62002

Date of Service: ________________________, 2026.
(To be inserted by officer on the copy left with the defendant or other person)

EXHIBIT 1

***EFILED***
Case Number 2026LA001159
Date: 9/2/2026 2:15 PM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE

CASE NUMBER: 2026LA001159 MULT.SER. 1 DOC. TYPE: SUMMONS

**DIE DATE: 09/11/2026** RECEIVED DATE: 08/24/2026 FILED DATE: 08/13/2026 DIST: 604 DC

**DEFENDANT**
DAYTON FREIGHT LINES INC
208 S LASALLE , STE 814
CHICAGO, IL 60604

FOREIGN

**PLAINTIFF**
LAWSON, DAVID
**ATTORNEY**
WILLIAMSON WEBSTER FALB AND GLISSON
111 E 4TH ST, STE 400,
ALTON, IL 62002
(618) 462 - 1077

**ATTACHED FEE AMOUNT:**
**SERVICE INFORMATION:** R/A: CT CORP SYSTEM,

19

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANTS USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS, ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE ____ DAY OF ______ 20______

____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING 'UNKNOWN OCCUPANTS' WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

__X__ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY ____BUSINESS ____PARTNERSHIP

____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK

____ **(7) CERTIFIED MAIL:**
*******COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *******

____ **(8)**
AND BY MAILING ON THE ____ DAY OF ________20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGEMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ____(01) NO CONTACT | ____(05) WRONG ADDRESS | ____(09) DECEASED |
| ____(02) MOVED | ____(06) NO SUCH ADDRESS | ____(10) NO REGISTERED AGENT |
| ____(03) EMPTY LOT | ____(07) EMPLOYER REFUSAL | ____(11) OUT OF COOK COUNTY |
| ____(04) NOT LISTED | ____(08) CANCELLED BY PLAINTIFF ATTY | ____(12) OTHER REASON (EXPLAIN) |

EXPLANATION:

WRIT SERVED ON: Derrick Hatchett
SEX: (M) / F RACE: B AGE: 38
THIS 26 DAY OF Aug , 20 26
THOMAS J. DART
SHERIFF, BY: Gibson 11216 , DEPUTY

| DATE | TIME(AM/PM) | STAR# |
|---|---|---|
| 8/26/26 | 11 : 02 | 11216 |
| | : | |
| | : | |
| | : | |

LJOHNSON3

EXHIBIT 1